# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dorothy Elaine Minish, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00001-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 14th, 2013 Memorandum of Decision and Order.

March 14, 2013

Frank G. Johns, Clerk
United States District Court